**No. 25-2473**

---

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE NINTH CIRCUIT**

---

GENESIS B. (G.B.), a minor, by and through her Guardian, G.P.; et al.,
*Plaintiffs-Appellants*,

v.

The UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; et al.,
*Defendants-Appellees*.

---

On Appeal from the United States District Court
for the Central District of California (No. 2:23-cv-10345-MWF-AGR)
Hon. Michael W. Fitzgerald

---

# EXCERPTS OF RECORD
## Index Volume

---

JULIA A. OLSON
ANDREA K. RODGERS
CATHERINE SMITH, Of Counsel
BRIANNA ROSIER KABWIKA
Our Children's Trust
1216 Lincoln Street
Eugene, OR 97401
Tel: (415) 786-4825

PHILIP L. GREGORY
Gregory Law Group
1250 Godetia Drive
Redwood City, CA 94062
Tel: (650) 278-2957

PAUL L. HOFFMAN
University of California at Irvine School of Law, Civil Rights Litigation Clinic
401 E. Peltason Drive, Suite 1000
Irvine, CA 92697
Tel: (310) 717-7373

JOHN WASHINGTON
Schonburn Seplow Harris Hoffman & Zeldes LLP
200 Pier Avenue #226
Hermosa Beach, CA 90254
Tel: (424) 424-0166

*Attorneys for Appellants*

# INDEX


| Date | Doc. | Document | Page |
|---|---|---|---|
| | | **VOLUME 1** | |
| 2/11/2025 | 80 | Order Granting Defendants' Motion to Dismiss [62]; Entry of Judgment | 2 |
| 5/8/2024 | 50 | Order Granting Defendants' Motion to Dismiss [36] | 19 |
| | | **VOLUME 2** | |
| 10/3/2024 | 74 | Transcript of Motion to Dismiss First Amended Complaint Hearing | 29 |
| 8/29/2024 | 67 | Defendants' Reply in Support of Motion to Dismiss First Amended Complaint | 55 |
| 8/12/2024 | 64 | Plaintiffs' Opposition to Defendants' Motion to Dismiss | 82 |
| 8/12/2024 | 64-1 | Declaration of Plaintiff Avroh S. | 137 |
| 8/12/2024 | 64-2 | Declaration of Andrew Bradt | 151 |
| 8/12/2024 | 64-3 | Declaration of Elizabeth Pinsky | 164 |
| 8/12/2024 | 64-4 | Declaration of Liliana Doganova | 174 |
| 8/12/2024 | 64-5 | Declaration of Plaintiff Noah C. | 188 |
| 8/12/2024 | 64-6 | Declaration of Joseph E. Stiglitz | 194 |
| 8/12/2024 | 64-7 | Declaration of Plaintiff Maryam D. | 211 |
| 8/12/2024 | 64-8 | Declaration of Julia A. Olson | 218 |

| Date | Doc. | Document | Page |
|---|---|---|---|
| 7/22/2024 | 62 | Defendants' Motion to Dismiss First Amended Complaint | 276 |
| | | **VOLUME 3** | |
| 5/20/2024 | 53 | First Amended Complaint for Declaratory and Injunctive Relief | 308 |
| 4/29/2024 | 56 | Transcript of Motion to Dismiss Hearing | 422 |
| 4/10/2025 | 81 | Notice of Appeal | 465 |
| | | Civil Docket for Case No. CV 23-10345-MWF-AGR. United States District Court, Central District of California (Western Division) | 483 |