No. 25-2473

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

G.B., et al.,
*Plaintiffs-Appellants,*

v.

U.S. ENVIRONMENTAL PROTECTION AGENCY, et al.,
*Defendants-Appellees.*

Appeal from the U.S. District Court for the Central District of California
No. 2:23-cv-10345 (Hon. Michael W. Fitzgerald)

**FEDERAL DEFENDANTS' UNOPPOSED MOTION
FOR EXTENSION OF TIME TO FILE ANSWERING BRIEF**

The Federal Defendants respectfully request a 30-day extension of time, to October 3, 2025, to file its answering brief in this appeal. Fed. R. App. P. 26(b); 9th Cir. R. 31-2.2(b). Currently, the Federal Defendants' answering brief is due September 3, 2025. The Federal Defendants previously obtained a 30-day streamlined extension of time from the original due date of August 4, 2025.

The Court may grant a motion for an extension of time upon a showing of good cause. Fed. R. App. P. 26(b). "'Good cause' is a non-rigorous standard that

has been construed broadly across procedural and statutory contexts." *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1259 (9th Cir. 2010). The attached declaration of undersigned counsel explains in detail the good cause for this extension. Briefly, this extension is justified for two reasons. First, undersigned counsel is responsible for drafting and filing briefs in several cases from July through the first week of September. In addition to this case, those cases include *Friends of Animals v. Fish and Wildlife Service* (D.C. Cir. No. 24-5278), *Public Employees for Environmental Responsibility v. Zeldin* (D.C. Cir. No. 24-5294) and *Colorado Wild Public Lands v. U.S. Forest Service* (D.C. Cir. No. 25-1055). Due to the volume of work, undersigned counsel requires additional time to complete the brief in this case. Second, the government's answering brief case is subject to review and approval by the U.S. Environmental Protection Agency, the Office of Management and Budget, and several components within the U.S. Department of Justice, which require significant time for careful consideration. As a result, principal drafting of the brief thus must be completed well in advance of the filing due date. The extension is also warranted to accommodate this internal review process.

   Although undersigned counsel has worked diligently to prepare the brief and engage in the necessary review and consultation within the federal government, this process will not be complete by the current due date of September 3, 2025. An

extension of time is therefore necessary and will ensure thoughtful consideration of the issues presented for the Court's review.

Counsel for the Federal Defendants conferred with counsel for the Plaintiffs, who stated that they will not oppose this motion.

For these reasons and those in the attached declaration, the Federal Defendants respectfully request that the September 3, 2025, deadline for the Federal Defendants' answering brief be extended by 30 days, up to and including October 3, 2025.

Respectfully submitted,

/s/ *Christopher Anderson*
ADAM R.F. GUSTAFSON
*Acting Assistant Attorney General*
CHRISTOPHER ANDERSON
*Attorney*
Environment and Natural Resources Division
U.S. Department of Justice
Post Office Box 7415
Washington, D.C. 20044
(202) 598-1971
christopher.anderson3@usdoj.gov

August 27, 2025
DJ 90-5-2-4-22636

3

## DECLARATION OF COUNSEL
## IN SUPPORT OF UNOPPOSED MOTION FOR EXTENSION OF TIME

I, Christopher Anderson, declare pursuant to 28 U.S.C. § 1746 as follows:

**1.** I am an attorney in the Appellate Section, Environment and Natural Resources Division, U.S. Department of Justice. I am lead counsel for the Federal Defendants in this appeal, and I am principally responsible for preparing the Federal Defendants' answering brief.

**2.** Under the current briefing schedule, the Federal Defendants' answering brief is due September 3, 2025. If the motion were granted, the Federal Defendants' answering brief would be due October 3, 2025.

**3.** The original deadline for the Federal Defendants' answering brief was August 4, 2025. The Federal Defendants obtained a streamlined 30-day extension to September 3, 2025. This is the Federal Defendants' second extension request. Oral argument has not yet been scheduled.

**4.** Despite the exercise of diligence, I am unable to file the answering brief by the current due date for the following reasons:

**a.** I am responsible for several other pending matters that require significant time and attention. In addition to this case, I am responsible for three other cases with briefing deadlines in July, August, or the first week of September. Those cases include *Friends of Animals v. Fish and Wildlife Service* (D.C. Cir. No.

4

24-5278) (opening brief and reply brief), *Public Employees for Environmental Responsibility v. Zeldin* (D.C. Cir. No. 24-5294) (answering brief), and *Colorado Wild Public Lands v. U.S. Forest Service* (D.C. Cir. No. 25-1055) (answering brief). Because of this unusually high volume of work, I am unable to complete briefing in this case by the current deadline.

    **b.** Due to recent departures, attorney resources in the Environment and Natural Resources Division, Appellate Section are limited, and it is not currently feasible to reassign any of the cases for which I am responsible.

    **c.** Additional time is also needed for extensive review and approval of the Federal Defendants' brief. In addition to review by multiple components within the U.S. Department of Justice, the Federal Defendants' brief must be reviewed and approved by the U.S. Environmental Protection Agency and the Office of Management and Budget. Because of the time required for this extensive review and approval process, principal drafting of the Federal Defendants' brief must be completed well in advance of the due date.

  **5.** I consulted counsel for the Plaintiffs, who stated that the Plaintiffs will not oppose this motion.

  **6.** The court reporter is not in default with regard to any designated transcripts.

7. For these reasons, the Federal Defendants respectfully request that this Court grant a 30-day extension of time to file all answering briefs, up to and including October 3, 2025. If an extension is granted, I will work diligently to ensure that no further extensions are required.

I declare under penalty of perjury that the above is true and correct. Executed August 27, 2025.

/s/ *Christopher Anderson*
CHRISTOPHER ANDERSON
*Attorney*
Environment and Natural Resources Division
U.S. Department of Justice
Post Office Box 7415
Washington, D.C. 20044
(202) 598-1971
christopher.anderson3@usdoj.gov

*Counsel for the United States*

## CERTIFICATE OF COMPLIANCE

The United States' motion complies with Rule 27(d) of the Federal Rules of Appellate Procedure as the motion contains 409 words and the declaration in support contains 466 words according to the count of Microsoft Word and has been prepared in a proportionally spaced typeface using Times New Roman 14-point font.

/s/ *Christopher Anderson*
CHRISTOPHER ANDERSON
*Counsel for the Federal Defendants*