UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUN 1 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

G.B., a minor, by and through her Guardian G.P.; et al.,

Plaintiffs - Appellants,

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; et al.,

Defendants - Appellees.

No. 25-2473

D.C. No.
2:23-cv-10345-MWF-AGR

Central District of California,
Los Angeles

MANDATE

The judgment of this Court, entered April 09, 2026, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT